# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IRELAND, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CURT F. GANDY, et al., | : | No. 19-3459 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **October 2019**, upon consideration of Plaintiff's Motion to Remand and the responses thereto, and for the reasons set forth in this Court's Memorandum dated October 25, 2019, it is **ORDERED** that:

1. Plaintiff's motion (Document No. 12) is **GRANTED**.

2. The Motions to Dismiss filed by Defendants Plaza Insurance Company and GMI N.A., Inc. (Document Nos. 8 and 9) are **DENIED** as moot.

3. The case is **REMANDED** to the Court of Common Pleas of Delaware County.

                                                  BY THE COURT:

                                                  **Berle M. Schiller, J.**